1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone:  213.443.4300
   Facsimile:   213.443.4299
5
6  Attorney for Defendant
   MEDTRONIC, INC.
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 DAVID ZUZICK, an individual,          Case No. 16-4210

11            Plaintiff,

12 v.                                     **DECLARATION OF TANJA L.
                                          DARROW IN SUPPORT OF
13 MEDTRONIC, INC., a corporation;        DEFENDANT'S NOTICE OF
   and DOES 1 through 10; inclusive,      REMOVAL OF CIVIL ACTION TO
14                                        FEDERAL COURT**

15            Defendants.                 **[28 U.S.C. §§ 1332, 1441, 1446]**

16                                        Complaint Filed:  March 17, 2015 (Los
                                          Angeles County Superior Court)
17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF TANJA L. DARROW

1    I, Tanja L. Darrow, hereby declare and state as follows:

2    1.    I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel for Defendant Medtronic, Inc. ("Defendant") in the above-entitled matter.  I am duly licensed to practice law in the State of California and before the United States District Court for the Central District and am responsible for representing said Defendant in this action.  Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

3    2.    Attached hereto as Exhibit "A" is a true and correct copy of the documents served on Defendant in the matter of *DAVID ZUZICK V. MEDTRONIC, INC., AND DOES 1 THROUGH 10, INCLUSIVE,* designated as Case No. BC614178, which includes the Service of Process, Summons, Civil Case Cover Sheet, Voluntary Efficient Litigation Stipulations, and Complaint.

4    3.    Attached hereto as Exhibit "B" is a true and correct copy of the Answer to Plaintiff's Unverified Complaint filed by Defendant in this action.

5    4.    As of today, no other parties have been named or validly served with the Summons and Complaint in this matter.

6    5.    I have been licensed to practice law in California since 1994.  A significant portion of my practice has been in the area of labor and employment law.  My practice specifically includes the defense of single plaintiff employment cases.  Based on my experience and familiarity with the type of work involved with the prosecution of such cases, $300 per hour and 250 hours of attorney represent very conservative estimates of an attorney's rate in employment cases and the time that would be spent litigating a single plaintiff employment case through trial.

7    Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on June 13, 2016, at Los Angeles, California.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/ Tanja L. Darrow_

TANJA L. DARROW

Firmwide:140909771.1 014245.2125