1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299
5

6  Attorney for Defendant
   MEDTRONIC, INC.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 | DAVID ZUZICK, an individual, | Case No. 16-4210
11 |                              |
   | Plaintiff,                   | **DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT**
12 | v.                           |
13 |                              | **[FED. R. CIV. PROC., R. 7.1]**
   | MEDTRONIC, INC., a corporation; and DOES 1 through 10; inclusive, |
14 |                              | Complaint Filed: March 17, 2016 (Los Angeles Superior court)
15 | Defendants.                  |

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc. submits the following corporate disclosure statement.

1. Medtronic PLC is a publicly traded corporation;

2. Medtronic PLC wholly owns and is the ultimate parent of Medtronic, Inc., and no other publicly traded corporation owns 10% or more of its stock.

Dated: June _ , 2016

> */s/ Tanja L. Darrow*
> TANJA L. DARROW
> LITTLER MENDELSON, P.C.
> Attorneys for Defendant
> MEDTRONIC, INC.

Firmwide:140933660.1 014245.2125

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

1.