1   TANJA L. DARROW, Bar No. 175502
    tdarrow@littler.com
2   LITTLER MENDELSON, P.C.
    633 West 5th Street
3   63rd Floor
    Los Angeles, CA  90071
4   Telephone:  213.443.4300
    Facsimile:   213.443.4299
5

6   Attorney for Defendant
    MEDTRONIC, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10  DAVID ZUZICK, an individual,          Case No.  16-4210

11              Plaintiff,
                                          **PROOF OF SERVICE**
12  v.
                                          Complaint Filed:  March 17, 2016 (Los
13  MEDTRONIC, INC., a corporation;       Angeles Superior court)
    and DOES 1 through 10; inclusive,
14
15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                **<u>PROOF OF SERVICE</u>**

2           I am a resident of the State of California, over the age of eighteen years,

3 and not a party to the within action. My business address is 2049 Century Park East,

4 5th Floor, Los Angeles, California  90067.3107. On June 14, 2016, I served the within

5 document(s):

6            **DEFENDANT'S NOTICE TO FEDERAL COURT OF**
           **REMOVAL OF CIVIL ACTION FROM STATE COURT**

7            **DECLARATION OF TANJA L. DARROW IN SUPPORT OF**
8            **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**
           **TO FEDERAL COURT**

9            **DECLARATION OF SHELLY ZACHARIAS IN SUPPORT OF**
10           **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**
           **TO FEDERAL COURT**

11           **DECLARATION OF KEYNA SKEFFINGTON IN SUPPORT**
12           **OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL**
           **ACTION TO FEDERAL COURT**

13           **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**
           **OF CALIFORNIA CIVIL COVER SHEET**
14

15           **DEFENDANT MEDTRONIC, INC.'S NOTICE OF RELATED**
           **CASES**

16           **DEFENDANT MEDTRONIC, INC.'S CERTIFICATION OF**
           **INTERESTED PARTIES**
17

18           **DEFENDANT MEDTRONIC, INC.'S CORPORATE**
           **DISCLOSURE STATEMENT**

19 ☐    This document was transmitted by using a facsimile machine that complies
20       with California Rules of Court Rule 2003(3), telephone number 310.553.5583.
      The transmission was reported as complete and without error. A copy of the
21       transmission report, properly issued by the transmitting machine, is attached.
22       The names and facsimile numbers of the person(s) served are as set forth
      below.
23

24 ☒    by placing a true copy of the document(s) listed above for collection and
      mailing following the firm's ordinary business practice in a sealed envelope
25       with postage thereon fully prepaid for deposit in the United States mail at Los
26       Angeles, California addressed as set forth below.

27

28

Timothy B. McCaffrey, Jr.
Natasha Chesler
Chesler McCaffrey LLP
11377 West Olympic Boulevard Suite 500
Los Angeles, CA 90064

*Attorneys for Plaintiff David Zuzick*

Telephone: (310) 882-6407
Fax: (310) 882-6359

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 14, 2016, at Los Angeles, California.

Madison Edwards, III

Firmwide:140944713.1 014245.2125

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300