TANJA L. DARROW, Bar No. 175502
tdarrow@littler.com
MICHELLE M. HOLMES, Bar No. 251386
mmholmes@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendant
MEDTRONIC, INC.

TIMOTHY B. McCAFFREY, JR. (S.B. #192114)
NATASHA R. CHESLER (S.B. #227540)
CHESLER McCAFFREY LLP
11377 West Olympic Boulevard, Suite 500
Los Angeles, California 90064-1683
Telephone: (310) 882-6407
Facsimile: (310) 882-6359

Attorneys for Plaintiff
DAVID ZUZICK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZUZICK,<br><br>            Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a corporation; and DOES 1 through 10; inclusive,<br><br>            Defendant. | Case No. 2:16-cv-04210-JFW-KS<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN F. WALTER<br><br>**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**<br><br>Complaint Filed: March 17, 2016 (Los Angeles County Superior Court)<br>Trial Date: None set |

Plaintiff DAVID ZUZICK ("Plaintiff"), on the one hand, and Defendant MEDTRONIC, INC. ("Defendant") on the other hand, pursuant to the Scheduling and Case Management Order of this Court entered on July 19, 2016, do hereby jointly provide a settlement report to this Court.

On January 17, 2017, the parties have reached a settlement of this matter. The parties have executed a Confidential Settlement Agreement, are finalizing the terms of the Agreement, and will thereafter file a Stipulation of Dismissal with Court. The parties request the Court issue an Order to Show Cause re: Dismissal in 65 days in the event that a Stipulation of Dismissal has not been filed.

DATED: January 24, 2017         LITTLER MENDELSON, P.C.


                                 /S/ Tanja L. Darrow
                                TANJA L. DARROW
                                Attorneys for Defendant
                                MEDTRONIC, INC.


DATED: January 24, 2017         CHESLER McCAFFREY LLP


                                 /S/ Timothy B. McCaffrey
                                TIMOTHY B. McCAFFREY
                                Attorneys for Plaintiff
                                DAVID ZUZICK


Firmwide:145252318.1 014245.2125